No. 482, Misc. WATTS v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 498, Misc. TEPLITSKY v. BUREAU OF COMPENSATION, UNITED STATES DEPARTMENT OF LABOR, ET AL. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold* for respondents.

No. 520, Misc. VALENZUELA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 546, Misc. JEMISON v. OHIO. Sup. Ct. Ohio. Certiorari denied. *Bernard Cohen* for petitioner.

No. 547, Misc. CARDER v. WARDEN, MARYLAND PENITENTIARY. Ct. Sp. App. Md. Certiorari denied.

No. 567, Misc. HUGHES v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 595, Misc. INDIA v. LaVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 598, Misc. ALOBAIDI v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. *William E. Gray* for petitioner.

No. 624, Misc. STUCKEY v. CLARK, ATTORNEY GENERAL, ET AL. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for respondents.